IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>EX PARTE APPLICATION OF WALLDORF INTEGRATION SOLUTIONS LIMITED FOR AN ORDER TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782<br>v. | :<br>:<br>:<br>:<br>:<br>: | Civil Action<br><br><br><br>No.: 24-mc-00076 |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of  Kristin N. Tahler _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐  GRANTED.[1]

☐  DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __24-mc-00076__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Kristin N. Tahler__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| California | 12/09/2008 | 261908 |
| New York | 05/30/2003 | 4147039 |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

Walldorf Integration Solutions Limited

_/s/ Kristin Tahler_
(Applicant's Signature)

02/21/2025
(Date)

| | |
|---|---|
| Name of Applicant's Firm | Quinn Emanuel Urquhart & Sullivan, LLP |
| Address | 865 S. Figueroa St., 10th Floor, Los Angeles CA 90017 |
| Telephone Number | (213) 443-3000 |
| Email Address | kristintahler@quinnemanuel.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/21/2025__      _/s/ Kristin Tahler_
(Date)                                              (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of **Kristin N. Tahler** to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Carly Fein | /s/ Carly Fein | 11/5/2021 | 330473 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Quinn Emanuel Urquhart & Sullivan, LLP

295 5th Avenue, New York, NY 10016

(212) 849-7000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **2/21/2025**                    **/s/ Carly Fein**
             (Date)                                              (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
EX PARTE APPLICATION OF WALLDORF INTEGRATION SOLUTIONS LIMITED FOR AN ORDER TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

v.

: Civil Action
:
:
:
: No.: 24-mc-00076

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Kristin N. Tahler__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

No other counsel have made an appearance in the above-captioned action.

/s/ Carly Fein
_____
(Signature of Attorney)

Carly Fein
_____
(Name of Attorney)

Walldorf Integration Solutions Limited
_____
(Name of Moving Party)

02/21/2025
_____
(Date)

# Attachment A

## Court Admissions

| COURT | ADMISSION DATE |
|---|---|
| State Bar of New York (#618176) | 05/30/2003 |
| State Bar of California (#261908) | 12/09/2008 |
| United States District Court - Central District of California | 08/20/2009 |
| United States Court of Appeals for the Ninth Circuit | 08/25/2009 |
| United States District Court – Northern District of California | 09/21/2009 |
| United States District Court – Southern District of California | 09/31/2009 |
| United States Court of Appeals, Eleventh Circuit | 04/26/2011 |
| US Court of Federal Claims | 09/26/2018 |
| US Court of Appeals for Federal Circuit | 07/11/2019 |
| United States District Court – Southern District of NY | 02/22/2022 |
| United States District Court – District of Columbia (CA00161) | 07/05/2022 |