IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| EX PARTE APPLICATION OF | : | |
| WALLDORF INTEGRATION SOLUTIONS | : | |
| LIMITED FOR AN ORDER TO OBTAIN | : | |
| DISCOVERY FOR USE IN A FOREIGN | : | |
| PROCEEDING PURSUANT TO 28 U.S.C. §1782: | | NO. 24-mc-0076 |

## ORDER

**AND NOW**, this 21st day of February 2025, it is hereby **ORDERED** that the Motion for Admission Pro Hac Vice (Dkt. No. 6) of Kristin N. Tahler, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED.**

Pro Hac Vice Counsel is directed to the Court's website[1] for information needed to register for ECF in the Eastern District of Pennsylvania.

**Local Counsel and *Pro Hac Vice* Counsel are directed to Judge Kenney's Practices and Procedures,[2] and are further directed to pay attention specifically to court appearances and the guideline as to Rule 16 Conferences.**

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**

---

[1] NextGen CM/ECF | Eastern District of Pennsylvania | United States District Court (uscourts.gov)
[2] https://www.paed.uscourts.gov/judges-info/district-court-judges/chad-f-kenney