IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| EX PARTE APPLICATION OF | : | |
| WALLDORF INTEGRATION | : | |
| SOLUTIONS LIMITED FOR AN ORDER | : | |
| TO OBTAIN DISCOVERY FOR USE IN | : | |
| A FOREIGN PROCEEDING PURSUANT | : | |
| TO 28 U.S.C. § 1782 | : | No. 24-mc-0076 |

## ORDER

**AND NOW**, this **29th** day of **May 2025**, upon consideration of Respondent SAP America, Inc.'s Motion to Quash (ECF Nos. 17, 19), Petitioner Walldorf Integration Solutions Limited's Opposition (ECF Nos. 29, 31), Respondent's Reply (ECF Nos. 32, 34), Petitioner's Sur-Reply (ECF No. 39), and the docket, it is hereby **ORDERED** as follows:

1. SAP America's Motion to Quash (ECF Nos. 17, 19) is **GRANTED** without prejudice to Walldorf revising its subpoena in a manner consistent with the Court's accompanying Opinion or to refiling the subpoena after the German court renders a decision on Walldorf's claim for information, which is scheduled to be heard on July 3, 2025.

2. The Parties shall jointly file any proposed redactions to the Opinion accompanying this Order, along with reasons for the proposed redactions, on or before **June 12, 2025**. *See In re Cendant Corp.*, 260 F.3d 183, 194 (3d Cir. 2001). If no proposed redactions are filed by June 12, 2025, the Clerk of Court shall unseal the Opinion on **June 19, 2025**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**